UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 08-11185-WRS
                                                   Chapter 7
JAMES L. GRAY &
JOY L. GRAY,

         Debtors

JAMES L. GRAY &
JOY L. GRAY,

         Plaintiffs                                Adv. Pro. No. 08-01131-WRS

   v.

ARMY AVIATION CENTER FCU,

         Defendant.

## MEMORANDUM DECISION

This Adversary Proceeding comes before the Court upon Plaintiffs' James and Joy Grays Motion for entry of Default Judgment. (Doc. 12). Based upon its review of the record in this Adversary Proceeding, it appears that service of process was made upon the Defendant on January 6, 2009. The Court's record does not indicate that an answer or appearance has been made by the Defendant and Plaintiff's counsel has advised that no answer has been received by him. It appears that Plaintiff's Motion for entry of Default Judgment should be GRANTED. The Court will enter judgment by way of a separate document.

Done this 9th day of March, 2009.

                                                   /s/ William R. Sawyer
                                                   United States Bankruptcy Judge

c: Army Aviation Center FCU, *pro se*
   J. Kaz Espy, Attorney for Plaintiffs